IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| E. BELINDA BAUER, as trustee of the CRAIG BAUER INSURANCE TRUST, dated December 29, 2003, | : |
| Plaintiff, | : CIVIL ACTION |
| vs. | : No. 09-cv-0397 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | : |
| Defendant. | : |

## **ORDER**

AND NOW, this   13th   day of August, 2009, upon consideration of Plaintiff, E. Belinda Bauer's ("Bauer"), Motion to Conduct Discovery Beyond the Administrative Record (Doc. No. 11), Defendant, Reliance Standard Life Insurance Company's ("Reliance" or "the Company"), Response in Opposition (Doc. No. 12), and Plaintiff's Reply thereto (Doc. No. 13), it is hereby ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.