```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


E. BELINDA BAUER,                  :    CIVIL ACTION
as Trustee of the Craig E. Bauer   :
Insurance Trust                    :
                                   :
          Plaintiff,               :    09-cv-0397
                                   :
     v.                            :
                                   :
RELIANCE STANDARD LIFE INSURANCE   :
COMPANY                            :
                                   :
          Defendant.               :
```

## ORDER

AND NOW, this 28th day of January, 2010, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. Nos. 19, 20), Defendant's Cross-Motion for Summary Judgment (Doc. No. 22), and Plaintiff's response thereto (Doc. No. 23), for reasons set forth in the attached Memorandum, the Court grants summary judgment in favor of Defendant.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.